UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

. DAVID CHIDECKEL,

                       Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

                       Defendants.

-------------------------------------------------------------------X

         JUDGMENT
         99-CV- 7474 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been

filed on March 28, 2005, adopting the Report and Recommendation of Magistrate Judge

Viktor V. Pohorelsky, dated February 3, 2005, granting the defendant's motions for summary

judgment as to all of the plaintiff's claims under Federal Law and as to the plaintiff's

retaliation claim under State Law; dismissing the plaintiff's disability discrimination claims

under State and City Law, without prejudice; and declining to make additional findings

requested by municipal defendants in their objection to the Report and Recommendation,

for the reasons stated on the record; it is

JUDGMENT
99-CV- 7474 (DLI)

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; that the defendant's motion for summary judgment is granted as to all of the plaintiff's claims under Federal Law and as to the plaintiff's retaliation claim under State Law; that the plaintiff's disability discrimination claims under State and City Law, are dismissed without prejudice; and that the Court declines to make additional findings requested by municipal defendants in their objection to the Report and Recommendation, for the reasons stated on the record.

Dated: Brooklyn, New York
       April 15, 2005

ROBERT C. HEINEMANN
Clerk of Court